IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01993-BNB

CYNTHIA GAY ROYCE,

    Plaintiff,

v.

VETERAN AFFAIRS REGIONAL OFFICE,
JANICE JACOBS, Director, Veteran Affairs Regional Office,
DAN ICE, Support Services, Veteran Affairs Regional Office, and
JAMES B. PEAKE, MD, Secretary of Veteran Affairs,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 25 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 25, 2008, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01993-BNB

Cynthia Gay Royce
12454 West 85th Avenue
Aravda, CO 80005

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9/25/08

GREGORY C. LANGHAM, CLERK

By: *(signature)*
Deputy Clerk