IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01993-REB-KLM

CYNTHIA GAY ROYCE;

    Plaintiff,

v.

VETERAN AFFAIRS REGIONAL OFFICE,
JANICE JACOBS, Director, Veteran Affairs Regional Office,
DAN ICE, Support Services, Veteran Affairs Regional Office, and
JAMES B. PEAKE, M.D., Secretary of Veteran Affairs,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 8 2008

GREGORY C. LANGHAM
CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated October 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01993-REB-KLM

Cynthia G. Royce
12454 W. 85th Ave
Arvada, CO 80005

Veteran Affairs Regional Office - **CERTIFIED**
155 Van Gordon St., #395
Lakewood, CO 80226

Janice Jacobs, Director - **CERTIFIED**
155 Van Gordon St., #395
Lakewood, CO 80226

Dan Ice, Support Services - **CERTIFIED**
155 Van Gordon St., #395
Lakewood, CO 80226

James B. Peake, M.D - **CERTIFIED**
Secretary of Veteran Affairs
155 Van Gordon St., #395
Lakewood, CO 80226

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to; Janice Jacobs, Dan Ice, and James B. Peake; The United States Attorney General; and to the United States Attorney's Office: TITLE VII

COMPLAINT FILED 09/22/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/8/08.

GREGORY C. LANGHAM, CLERK

By: /s/ Deputy Clerk