**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 08-cv-01993-PAB-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: December 17, 2008** | Courtroom Deputy, Kathleen Finney |

___

CYNTHIA GAY ROYCE,                                      Pro Se

     **Plaintiff(s),**

v.

VETERAN AFFAIRS REGIONAL OFFICE,
JANICE JACOBS,
DAN ICE, and
JAMES B. PEAKE,                                 Marc A. Bonora

     **Defendant(s).**
___

### COURTROOM MINUTES / MINUTE ORDER
___

**HEARING: RULE 16(b) SCHEDULING CONFERENCE
Court in session: 10:00 a.m.**
Court calls case. Appearance of *Pro Se* Plaintiff and defense counsel.

Court discusses its letter to pro se litigants with pro se Plaintiff Cynthia G. Royce.

**It is ORDERED:**     Defendant Peake's Unopposed Motion for More Definite Statement [Docket No. 23, filed 12/08/2008] is **GRANTED.**

**It is ORDERED:**     Plaintiff shall file an Amended Complaint on or before **JANUARY 20, 2009.**

The Amended Complaint to be filed shall include the following information:

    1.     Plaintiff shall specify whether the legal claims presented are against named defendants in their individual capacities or against named defendants as employees or agents of the Department of Veteran's Affairs Regional Office.
    2.     Plaintiff shall specify whether the claims of discrimination based on sex are intended to be claims alleging gender discrimination in employment or are claims of sexual harassment, or both.

3. Plaintiff shall state the factual and legal bases, if any, for claims of "HIPPA violation." Plaintiff must include the facts that she believes give rise to this claim.
4. Plaintiff shall state the factual and legal bases, if any, for her claim of "unethical release of personal information." Plaintiff must include the facts that she believes give rise to this claim.
5. Plaintiff shall specify whether she is asserting any legal claim against defendant, Veteran Affairs Regional Office.

**It is ORDERED:** The Defendants named in the Amended Complaint who were previously named in this action shall have 10 days from the date of service of the Amended Complaint to file their responses.

**It is ORDERED:** Scheduling Conference set for today is **VACATED** and reset to **FEBRUARY 23, 2009 at 9:30 a.m.** Plaintiff has until **February 17, 2009** to submit a revised proposed Scheduling Order.

HEARING CONCLUDES.

**Court in recess: 10:17 a.m.**
Total In-Court Time: 00:17