IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01993-PAB-KLM

CYNTHIA GAY ROYCE,

    Plaintiff,

v.

VETERAN AFFAIRS REGIONAL OFFICE,
JANICE JACOBS, Director, Veteran Affairs Regional Office,
DAN ICE, Support Services, Veteran Affairs Regional Office, and
JAMES B. PEAKE, M.D., Secretary of Veteran Affairs,

    Defendants.
_____

### ORDER DENYING MOTION TO AMEND AS MOOT
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Amended Complaint** [Docket No. 27; Filed January 8, 2009] (the "Motion"). On December 17, 2008, the Court granted Defendants' Unopposed Motion for a More Definite Statement [Docket No. 23] and directed Plaintiff to file an amended complaint which fully incorporates every claim Plaintiff would like to pursue, every defendant, and the basis for their liability. *Order* [#26] at 1-2. Although not entirely clear, the present Motion appears to be a request to amend Plaintiff's complaint. Such a request is unnecessary as Plaintiff was directed to file an amended complaint on or before January 20, 2009. To the extent that the Motion purports to be Plaintiff's amended complaint, it does not comply with my Order and will not be accepted.

    IT IS HEREBY **ORDERED** that Plaintiff's Motion is **DENIED as moot**. Further, the Court reminds Plaintiff of her requirement to file an amended complaint on or before January 20, 2009. The pleading shall be titled "Amended Complaint" and must be a

document separate from any other pleading, e.g., it cannot be contained in a motion. In addition to the requirements detailed in my prior Order [Docket No. 26], the complaint must contain (at a minimum), a case caption; a list of parties; a statement of jurisdiction; a summary of alleged injuries; a list of claims, including the alleged individuals responsible for Plaintiff's injuries and the legal basis for Plaintiff's claims; a prayer for relief; and a signature. Plaintiff is also directed to the Federal and Local Civil Rules regarding the pleading requirements for complaints.

Dated: January 9, 2009

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge