IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01993–KMT–KLM

CYNTHIA GAY ROYCE,

    Plaintiff,

v.

VETERAN AFFAIRS REGIONAL OFFICE,
JAMES B. PEAKE, MD, Secretary of Veteran Affairs,
DAN ICE, Support Services, Veteran Affair Regional Office,
JANICE JACOBS, Director, Veteran Affairs Regional Office,

    Defendants.

## ORDER AND ORDER OF REFERENCE

This civil action comes before the court on several matters:

**I.     Consent to Proceed by Magistrate Judge**

On March 18, 2009, the above-captioned case was referred to Magistrate Judge Kathleen M. Tafoya to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. #47). All previously scheduled matters will now be handled by Magistrate Judge Tafoya in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado 80294. Magistrate Judge Tafoya's chambers telephone number is (303) 335-2780. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08–cv–01993–KMT–KLM**.

**II.     Order of Reference**

The Order of Reference dated October 1, 2008 (Doc. # 9) is hereby vacated. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

Dated this 18th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge